JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MATUS,<br><br>           Petitioner,<br><br>   v.<br><br>WARDEN,<br><br>           Respondent. | Case No. CV 16-4705 PA (SS)<br><br><br>**JUDGMENT** |

Pursuant to the Court's Order Denying Petitioner's Request to Extend Filing Deadline, filed concurrently herewith,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED:  July 13, 2016

_____
PERCY ANDERSON
UNITED STATES DISTRICT JUDGE